IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSEMARY DILLON,

    Plaintiff,

v.

SAN FRANCISCO VETERANS ADMINISTRATION FORT MILEY HOSPITAL, named as "EEO" at Fort Miley, Hospital, 4150 Clement Street, San Francisco, CA 94121,

    Defendant.

No. C 04-01192 JSW

**ORDER RE LETTER DATED OCTOBER 31, 2008**

The Court has received Plaintiff's letter dated October 31, 2008. To the extent Plaintiff's letter can be construed as a request to reopen or reconsider this Court's prior Orders, for the reasons set forth in those Orders, that request is DENIED. This matter is closed.

**IT IS SO ORDERED.**

Dated: November 13, 2008

                                      JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DILLON,

        Plaintiff,

  v.

SAN FRANCISCO VETERANS ADMINISTRATION FORT MILEY H et al,

        Defendant.

Case Number: CV04-01192 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rosemary Dillon
3099 Milpond Drive, East #2B
Holland, MI 49424

Dated: November 13, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk